# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VANESSA KELLEY, | |
| Plaintiff, | 2:15-cv-02204-APG-VCF |
| vs. | **ORDER** |
| CITY OF HENDERSON, *et al.*, | |
| Defendants. | |

Before the court is the Joint Motion to Stay Discovery (#28). The parties seek to stay discovery and the filing of the discovery plan and scheduling order until Defendants' motions to dismiss and joinders have been resolved.

The Court has considered the joint motion in light of the goals of Rule 1 to "secure the just, speedy, and inexpensive" determination of all cases.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Joint Motion to Stay Discovery (#28) is hereby GRANTED. In the event resolution of Defendants' motions to dismiss does not result in the disposition of this case, the parties must file a joint discovery plan within 21 days of the issuance of the order resolving that motion.

IT IS FURTHER ORDERED that a status hearing is scheduled for 10:00 a.m., July 22, 2016, in courtroom 3D.

DATED this 7th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE