**JOSH M. REID**
City Attorney
Nevada Bar No. 7497
**NANCY D. SAVAGE**
Assistant City Attorney
Nevada Bar No. 392
**BRIAN R. REEVE**
Assistant City Attorney
Nevada Bar No. 10197
240 Water Street, MSC 144
Henderson, NV  89015
(702) 267-1231
(702) 267-1201 Facsimile
Nancy.Savage@cityofhenderson.com
Brian.Reeve@cityofhenderson.com
Attorneys for Defendants
*City of Henderson, Henderson Police Chief Patrick Moers,
Detective Mark Hosaka and Detective Chad Mitchell*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA KELLEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a political subdivision of the State of Nevada and the County of Clark; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark d/b/a/ CLARK COUNTY DETENTION CENTER; HENDERSON POLICE CHIEF PATRICK MOERS, in his individual capacity; LVMPD SHERIFF DOUGLAS GILLESPIE, in his individual capacity; DETECTIVE MARK HOSAKA, in his individual capacity as an officer employed by the City of Henderson; DETECTIVE CHAD MITCHELL, in his individual capacity as an officer employed by the City of Henderson; NAPHCARE, medical care provider for the Clark County Detention Center; CORIZON CORRECTIONAL HEALTHCARE, a medical care provider for the Henderson Jail; DOE DEFENDANTS I- | CASE NO.:　　2:15-CV-02204-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S OPPOSITION TO THE HENDERSON DEFENDANTS' MOTION TO DISMISS (Second Request)** |

X, individually; DOES HENDERSON POLICE OFFICERS I-X, individually as officers employed by the City of Henderson; DOE LVMPD POLICE OFFICERS I-X, individually as officers employed by LVMPD; and ROE ENTITIES I-X, inclusive,

Defendants.

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFF'S OPPOSITION TO THE HENDERSON DEFENDANTS'
MOTION TO DISMISS (Second Request)**

COME NOW Plaintiff Vanessa Kelley and Defendants City of Henderson, Henderson Police Chief Patrick Moers, Detective Mark Hosaka and Detective Chad Mitchell (collectively referred to as "Henderson Defendants"), by and through their respective counsel of record, pursuant to LR 6-1, and hereby stipulate, agree and make joint application to extend the time for the Henderson Defendants to file their Reply(ies) to Plaintiff's Opposition (Doc. 31) to the Henderson Defendants' Motion to Dismiss (Doc. 17). The time to file such Reply(ies) to the Plaintiff's Opposition to the Motion to Dismiss (Doc. 17) are currently due on Thursday, February 11, 2016 pursuant to the Stipulation and Order entered on the First Request for Extension. (Doc. 36)

The stipulating parties respectfully request a seven (7) day extension up to and including Thursday, February 18, 2016, for the Henderson Defendants' above-referenced to file their Reply(ies).

The stipulating parties submit that good cause exists for this extension. Counsel inadvertently included Thursday February 11, as the due date in the First Request, instead of Thursday, February 18, 2016 based upon the Henderson Defendants' counsel's schedule between the date of filing of the Plaintiff's Opposition to the Motion to Dismiss (Doc. 31) and the requested date. As a result an extension up to and including February 18, 2016 is sought in this request in order to provide for adequate time for counsel to be able to reasonably prepare a complete an appropriately supported Reply(ies) on behalf of the Henderson Defendants and each of them.

2

Based upon the foregoing, the parties respectfully request that this Court enter its order extending the time for the Henderson Defendants to file their Reply(ies) to Plaintiff's Opposition to the Henderson Defendants' Motion to Dismiss (Doc. 31), up to and including Thursday, February 18, 2016.

This is the second request for enlargement of time for the Henderson Defendants to file their Reply(ies) to Plaintiff's Opposition to the Motion to Dismiss and it is made in good faith and not for the purposes of delay.

| POTTER LAW OFFICES | CITY OF HENDERSON |
| --- | --- |
| | JOSH M. REID, City Attorney |
| /s/ *Cal J. Potter* | /s/ *Nancy D. Savage* |
| CAL J. POTTER, III, ESQ. | JOSH M. REID, ESQ. |
| Nevada Bar No. 1988 | City Attorney |
| CAL J. POTTER, IV, ESQ. | Nevada Bar No. 7497 |
| Nevada Bar No. 13225 | NANCY D. SAVAGE, ESQ. |
| 1125 Shadow Lane | Assistant City Attorney |
| Las Vegas, Nevada 89102 | Nevada Bar No. 392 |
| Attorneys for Plaintiff | 240 Water Street, MSC 144 |
| | Henderson, Nevada 89009 |
| | Attorney for Henderson Defendants |
| DATED:  February 8, 2016 | DATED:  February 8, 2016 |

**ORDER**

IT IS SO ORDERED this 9th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE