UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VANESSA KELLEY,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, *et al.*,<br><br>          Defendants. | Case No. 2:15-cv-02204-APG-VCF<br><br>**ORDER CLARIFYING PRIOR ORDER**<br><br>(ECF No. 48) |

On August 24, 2016, I granted defendant Naphcare's motion to dismiss. ECF No. 47. Defendant Corizon Health, Inc. had filed a joinder to Naphcare's motion (ECF No. 21) but my order inadvertently failed to address Corizon's joinder. Because the claims asserted against Corizon are identical to the claims against Naphcare, my order applies to Corizon as well.

IT IS THEREFORE ORDERED that all claims against Corizon are dismissed with leave to amend. Ms. Kelley may file an amended complaint against Corizon by the date specified in my prior order. The failure to file an amended complaint will result in this action being closed.

DATED this 13th day of September, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE