**ORDER**
Kim Irene Mandelbaum, Esq.
Nevada Bar No. 318
MANDELBAUM, ELLERTON & ASSOCIATES
2012 Hamilton Lane
Las Vegas, NV 89106
(702) 367-1234
(702) 367-1978 Facsimile
E-mail: filing@meklaw.net

Robert L. Goldstucker
Nevada Bar No. 8089
NALL & MILLER, LLP
1500 North Tower
235 Peachtree Street, NE
Atlanta, GA 30303-1418
(404) 522-2200
(404) 522-2208 Facsimile
E-mail: bgoldstucker@nallmiller.com
*Attorneys for Defendant Corizon, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA KELLEY,<br>Plaintiff,<br>vs.<br><br>CITY OF HENDERSON, a political subdivision of the State of Nevada and the County of Clark; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark d/b/a CLARK COUNTY DETENTION CENTER; HENDERSON POLICE CHIEF PATRICK MOERS, in his individual capacity;<br>LVMPD SHERIFF DOUGLAS GILLESPIE, in his individual capacity; DETECTIVE MARK HOSAKA, in his individual capacity as an officer employed by the City of | Case No. 2:15-cv-02204-APG-VCF<br><br>**ORDER DISMISSING CORIZON HEALTH, INC., NAPHCARE, INC., SHERIFF DOUGLAS GILLESPIE, POLICE CHIEF PATRICK MOERS and the LAS VEGAS METROPOLITAN POLICE DEPARTMENT**<br><br>(ECF No. 62) |

| | |
|---|---|
| Henderson; DETECTIVE CHAD MITCHELL, in his individual capacity as an officer employed by the City of Henderson; NAPHCARE, medical care provider for the Clark County Detention Center; CORIZON CORRECTIONAL HEALTHCARE, medical care provider for the Henderson Jail; DOE DEFENDANTS individually; DOE HENDERSON POLICE OFFICERS I-X, individually as officers employed by the City of Henderson; DOE LVMPD POLICE OFFICERS I-X, individually as officers employed by LVMPD; and ROE ENTITIES I-X, inclusive;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Stipulation for dismissal of Corizon, Inc. ("Corizon"), Naphcare, Inc. ("Naphcare"), Sheriff Douglas Gillespie, Police Chief Patrick Moers, and the Las Vegas Metropolitan Police Department ("LVMPD") is GRANTED. This case is dismissed with prejudice as to Corizon, Naphcare, Sheriff Douglas Gillespie, Police Chief Patrick Moers, and LVMPD. Plaintiff and Defendants Corizon, Naphcare, Sheriff Douglas Gillespie, Police Chief Patrick Moers, and LVMPD shall each bear their own costs and fees with respect to the claims that are being dismissed through this order.

Dated: August 21, 2017.

_____
UNITED STATES DISTRICT JUDGE