# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| VANESSA KELLEY, | |
|---|---|
| Plaintiff, | 2:15-cv-02204-APG-VCF |
| vs. | **ORDER** |
| CITY OF HENDERSON, *et al.*, | |
| Defendants. | |

Before the Court is Potter Law Offices' Motion to Withdraw as Counsel and Stay Proceedings (ECF Nos. 60, 61). Counsel have given sufficient reason to withdraw.

Accordingly,

IT IS HEREBY ORDERED that Potter Law Offices' Motion to Withdraw as Counsel and Stay Proceedings (ECF Nos. 60, 61) is GRANTED.

IT IS FURTHER ORDERED that this case is stayed until November 13, 2017.

IT IS FURTHER ORDERED that a status hearing is scheduled for 1:00 PM, November 13, 2017, in Courtroom 3D. If new counsel for Plaintiff appears before the status hearing and the parties stipulate to a new discovery plan and scheduling order, the status hearing may be vacated.

DATED this 12th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE