MICHAEL J. OH, INTERIM CITY ATTORNEY
CITY OF HENDERSON
NANCY D. SAVAGE
Assistant City Attorney
Nevada Bar No. 392
BRIAN R. REEVE
Assistant City Attorney
Nevada Bar No. 10197
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200 Telephone
(702) 267-1201 Facsimile
Nancy.Savage@cityofhenderson.com
Brian.Reeve@cityofhenderson.com

Attorneys for Defendants
*City of Henderson, Detective Mark Hosaka
and Detective Chad Mitchell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA KELLEY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, a political subdivision of the State of Nevada and the County of Clark; DETECTIVE MARK HOSAKA, in his individual capacity as an officer employed by the City of Henderson; DETECTIVE CHAD MITCHELL, in his individual capacity as an officer employed by the City of Henderson; DOE HENDERSON POLICE OFFICERS I-X, individually as officers employed by the City of Henderson; and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-CV-02204-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff VANESSA KELLEY and Defendants CITY OF HENDERSON, DETECTIVE MARK HOSAKA and DETECTIVE CHAD MITCHELL, by and through their attorney Nancy D. Savage, Assistant City Attorney for the CITY OF HENDERSON, hereby stipulate and agree to

1

dismiss all claims brought by Plaintiff, VANESSA KELLEY, against the CITY OF HENDERSON, DETECTIVE MARK HOSAKA and DETECTIVE CHAD MITCHELL, in the above-referenced matter, with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own costs and attorney fees.

DATED this 23rd day of July, 2018.

*Vanessa Katherine Kelley*
VANESSA KELLEY
4552 Candia Rose Lane
Las Vegas, Nevada 89122
Plaintiff

Dated: 7/23/18

MICHAEL OH, INTERIM CITY ATTORNEY
CITY OF HENDERSON

NANCY D. SAVAGE
Assistant City Attorney
Nevada Bar No. 392
BRIAN R. REEVE
Assistant City Attorney
Nevada Bar No. 10197
240 Water Street, MSC 144
Henderson, Nevada 89009
Attorney for Defendants
*City of Henderson, Detective Mark Hosaka and Detective Chad Mitchell*

Dated: 7/23/18

**ORDER**

IT IS SO ORDERED this 24th day of July, 2018.

UNITED STATES DISTRICT COURT JUDGE